# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TRAVIS CENTELL BROWN, "Moon"**  **PLAINTIFF**
**ADC #119254**

v.  No. 3:22-cv-307-DPM

**JUSTIN FAULKNER, Police Officer,**
**Osceola Jail**  **DEFENDANT**

## ORDER

Brown hasn't moved to lift the stay; and the time to do so has passed. *Doc. 4*. The Court therefore lifts the stay to dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2024