IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRAVIS CENTELL BROWN, "Moon"                                PLAINTIFF
ADC #119254

v.                          No. 3:22-cv-307-DPM

JUSTIN FAULKNER, Police Officer,
Osceola Jail and JOHN WELDON,
Police Officer, Osceola Jail                                DEFENDANTS

JUDGMENT

Brown's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 January 2024